UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

STANLEY JORDAN                                          CIVIL ACTION

VERSUS                                                  NO. 11-596

WALGREEN STORE CONSTRUCTION                             SECTION "I"(2)
DEPARTMENT

**O R D E R**

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint asserting claims pursuant to 42 U.S.C. § 1983 is hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2).

**IT IS FURTHER ORDERED** that any state law claim asserted in plaintiff's complaint is DISMISSED WITHOUT PREJUDICE to its proper assertion before the appropriate Louisiana state agency.

New Orleans, Louisiana, this 25th day of May, 2011.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE